# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ERMA JEAN EARNEST                                                      PLAINTIFF

v.                                No. 4:12CM00044 JLH

STATE OF ARKANSAS                                                DEFENDANT

## ORDER

Erma Jean Earnest has filed a notice of removal purporting to remove a criminal action styled *State of Arkansas v. Erma Jean Earnest*, Pulaski Circuit Court Case No. CR12-280. The statutes provide very narrow grounds for removal of criminal prosecutions. *See* 28 U.S.C. § 1455. The Court is required to examine the notice of removal promptly and, if it clearly appears from the face of the notice and any exhibits annexed thereto that removal should not be permitted, the Court should make an order for summary remand. 28 U.S.C. § 1455(b)(4).

Earnest is charged in the Pulaski County Circuit Court with theft of public benefits, specifically that she obtained benefits from the Arkansas Department of Work Force Services in an amount greater than $2,500 through failure to disclose a material fact used in determining her eligibility for the benefit. Earnest alleges in her notice of removal that she has filed for relief under the United States Bankruptcy Code and that the prosecution is barred by the automatic stay provided in 11 U.S.C. § 362. That statute states, however, that the automatic stay dose not apply to criminal proceedings. 11 U.S.C. § 362(b)(1). *See also In re: Gruntz*, 202 F.3d 1074, 1085 (9th Cir. 2000).

After careful examination of Earnest's notice of removal and brief in support, the Court can find no basis for removal of the criminal action to this Court. Therefore, the case styled *State of Arkansas v. Erma Jean Earnest*, Pulaski Circuit Court Case No. CR12-280, is remanded to the

Circuit Court of Pulaski County, Arkansas.  The motion for leave to proceed *in forma pauperis* is denied as moot.  Document #2.

    IT IS SO ORDERED this 22nd day of June, 2012.

                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE