# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ERMA JEAN EARNEST                                                                        PLAINTIFF

v.                                            No. 4:12CM00044 JLH

STATE OF ARKANSAS                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the criminal action styled *State of Arkansas v. Erma Jean Earnest*, Pulaski Circuit Court Case No. CR12-280, is remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 22nd day of June, 2012.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE